UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SETH MARINOFF, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>REV GROUP, INC., TIM SULLIVAN, and DEAN NOLDEN<br><br>    Defendants. | Case No. 2:18-cv-1269-LA |

| | |
|---|---|
| RAMANITHARAN RAJARAM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>REV GROUP, INC., TIMOTHY W. SULLIVAN, DEAN J. NOLDEN, THOMAS B. PHILLIPS, PAUL BAMATTER, JEAN MARIE CANAN, DINO CUSUMANO, CHARLES DUTIL, JUSTIN FISH, KIM MARVIN, JOEL ROTROFF, GOLDMAN SACHS & CO. LLC, BMO CAPITAL MARKETS CORP., JEFFERIES LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, MORGAN STANLEY & CO. LLC, ROBERT W. BAIRD & CO. INCORPORATED, CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., and WELLS FARGO SECURITIES, LLC,<br><br>Defendants. | Case No. 2:18-cv-1270-LA |
| LEAH BITAR, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>REV GROUP, INC., TIMOTHY W. SULLIVAN, DEAN J. NOLDEN, THOMAS B. PHILLIPS, PAUL BAMATTER, JEAN MARIE CANAN, DINO CUSUMANO, CHARLES DUTIL, JUSTIN FISH, KIM MARVIN, and JOEL ROTROFF,<br><br>Defendants. | Case No. 2:17-cv-1268-LA |

**SECOND STIPULATION TO SET SCHEDULE FOR FILING OF AN AMENDED COMPLAINT AND DEFENDANTS' RESPONSES THERETO**

00497053;V1 -2-

Case 2:18-cv-01269-LA   Filed 11/09/18   Page 2 of 6   Document 34

This second Stipulation is made by and among lead plaintiff Houston Municipal Employees Pension System ("HMEPS") and Defendants REV Group, Inc. ("REV Group"), Timothy Sullivan, Dean Nolden, Thomas Phillips, Paul Bamatter, Jean Marie Canan, Dino Cusumano, Charles Dutil, Justin Fish, Kim Marvin, Joel Rotroff, Goldman Sachs & Co. LLC, BMO Capital Markets Corp., Jefferies LLC, Stifel, Nicolaus & Co., Inc., Morgan Stanley & Co. LLC, Robert W. Baird & Co. Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., and Wells Fargo Securities, LLC (the "Stipulating Parties"), by and through their respective counsel.

**RECITALS**

WHEREAS the first-filed complaint in the above-captioned matters (the "Federal Actions") was filed on June 8, 2018;

WHEREAS, on September 18, 2018, this Court issued an order consolidating the Federal Actions, appointing as lead plaintiff HMEPS pursuant to the Private Securities Litigation Reform Act of 1995, and appointing as lead plaintiff's counsel the firms of Bernstein Liebhard LLP and Ademi & O'Reilly, LLP;

WHEREAS, in certain of the Federal Actions, the parties filed stipulations contemplating that the Defendants would not respond to the initial complaints, but would instead respond to an amended complaint filed by the court-appointed lead plaintiff, *see, e.g.,* Dkt. 24, *Rajaram v. REV Group, Inc., et al.*, Civ No. 2:18-cv-01270;

WHEREAS, Defendants have not yet answered or otherwise responded to the initial complaints;

WHEREAS, under Fed. R. Civ. P. Rule 15(a)(1), lead plaintiff may file an amended complaint as a matter of course;

WHEREAS, the parties filed a stipulated schedule for Lead plaintiff to file its amended complaint, as well as for briefing on Defendants' responses thereto, on October 1, 2018 (the "First Stipulation");

WHEREAS, the parties have agreed to slightly extend the deadlines in the First Stipulation; and

WHEREAS, the proposed schedule will not unreasonably delay the case because no scheduling order has been entered and the extension therefore does not impact any pending dates on the Court's calendar.

**STIPULATION**

THE STIPULATING PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. Defendants are not required to answer or respond to the initial complaints filed in the Federal Actions.

2. Lead plaintiff shall file and serve an amended complaint on or before November 20, 2018.

3. Defendants shall move, answer or otherwise respond to the amended complaint on or before January 11, 2019.

4. If Defendants move to dismiss the amended complaint, lead plaintiff shall file and serve its opposition on or before February 28, 2019.

5. Defendants shall file and serve their reply to any opposition filed by lead plaintiff on or before March 29, 2019.

6. This Stipulation is without prejudice to any and all rights or defenses that the parties have under law.

**IT IS SO STIPULATED:**                                    Dated: November 7, 2018

| | |
|---|---|
| */s/ Susan E. Lovern*<br>Susan E. Lovern, SBN 1025632<br>*slovern@vonbriesen.com*<br>von Briesen & Roper, s.c.<br>411 E. Wisconsin Avenue, Ste. 1000<br>Milwaukee, Wisconsin 53202<br>Phone: (414) 276-1122<br>Fax: (414) 276-6281<br><br>Randall W. Bodner<br>*randall.bodner@ropesgray.com*<br>Mark A. Cianci<br>*mark.cianci@ropesgray.com*<br>ROPES & GRAY LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, Massachusetts 02199-3600<br>Phone: (617) 951-7000<br>Fax: (617) 951-7050<br><br>Anne Johnson Palmer<br>*anne.johnsonpalmer@ropesgray.com*<br>ROPES & GRAY LLP<br>Three Embarcadero Center<br>San Francisco, California 94111-4006<br>Phone: (415) 315-6300<br>Fax: (415) 315-6350<br><br>*Attorneys for Defendants REV GROUP, INC., TIMOTHY W. SULLIVAN, DEAN J. NOLDEN, PAUL BAMATTER, JEAN MARIE CANAN, DINO M. CUSUMANO, CHARLES DUTIL, JUSTIN FISH, KIM A. MARVIN, JOEL M. ROTROFF, and DONN J. VIOLA*<br><br>*/s/ Daniel E. Conley*<br>Daniel E. Conley, SBN 1009443<br>*daniel.conley@quarles.com*<br>Jonathan W. Hackbarth, SBN 1056411<br>*jon.hackbarth@quarles.com*<br>QUARLES & BRADY LLP<br>411 E. Wisconsin Ave, Suite 2400<br>Milwaukee, Wisconsin 53202 | */s/ Stephanie M. Beige*<br>Stanley D. Bernstein<br>Stephanie M. Beige<br>Michael S. Bigin<br>Joseph R. Seidman, Jr.<br>BERNSTEIN LIEBHARD LLP<br>10 East 40th Street<br>New York, NY 10016<br>Telephone: (212) 779-1414<br>Facsimile: (212) 779-3218<br>bernstein@bernlieb.com<br>beige@bernlieb.com<br>seidman@bernlieb.com<br>dsadeh@bernlieb.com<br><br>*Attorneys for Houston Municipal Employees Pension System and Proposed Lead Counsel for the Proposed Class*<br><br>*/s/ John D. Blythin*<br>Shpetim Ademi (SBN 1026973)<br>John D. Blythin (SBN 1046105)<br>ADEMI & O'REILLY, LLP<br>3620 East Layton Avenue<br>Cudahy, WI 53110<br>(414) 482-8000<br>(414) 482-8001 (fax)<br>sademi@ademilaw.com<br>jblythin@ademilaw.com<br><br>*Proposed Liaison Counsel for the Proposed Class* |

Phone: (414) 277-5609
Fax: (414) 271-3552

Matthew J. Splitek, SBN 1045592
*matthew.splitek@quarles.com*
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, Wisconsin 53703
Phone: (608) 283-2454
Fax: (608) 294-4914

*Attorneys for Defendants GOLDMAN SACHS & CO. LLC, BMO CAPITAL MARKETS CORP., JEFFERIES LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, MORGAN STANLEY & CO. LLC, ROBERT W. BAIRD & CO. INCORPORATED, CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., and WELLS FARGO SECURITIES, LLC*